# United States Bankruptcy Court
## Middle District of North Carolina

# VOLUNTARY PETITION

| IN RE (Name of debtor-if individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| WILLIAMS, JOHNNIE R. | WILLIAMS, GRACE C. |

| ALL OTHER NAMES used by the debtor in the last 6 years (including married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden and trade names) |
|---|---|
| | |

| SOC. SEC./TAX I.D. NO. (If more than one, state all) | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
|---|---|
| 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 | 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 |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) | | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) | |
|---|---|---|---|
| 2733 RED PINE ROAD HILLSBOROUGH, NC 27278 | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS DURHAM | 2733 RED PINE ROAD HILLSBOROUGH, NC 27278 | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS DURHAM |

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|
| | |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | VENUE (Check one box) |
|---|---|
| | ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR** (Check one box)
- ☐ Individual
- ☐ Corporation Publicly Held
- ☒ Joint (H&W)
- ☐ Corporation Not Publicly Held
- ☐ Partnership
- ☐ Municipality
- ☐ Other _____

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED** (Check one box)
- ☐ Chapter 7    ☐ Chapter 11    ☒ Chapter 13
- ☐ Chapter 9    ☐ Chapter 12    ☐ §304-Case Ancillary to

**SMALL BUSINESS** (Chapter 11 only) Foreign Proceeding
- ☐ Debtor is a small business as defined in 11 U.S.C. 5101.
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. §1121 (e). (optional)

**NATURE OF DEBT** (Check one box)
- ☒ Non-Business Consumer    ☐ Business - Complete A&B below

A. TYPE OF BUSINESS (Check one box)
- ☐ Farming       ☐ Transportation       ☐ Commodity Broker
- ☐ Professional  ☐ Manufacturing/Mining ☐ Construction
- ☐ Retail/Wholesale ☐ Stockbroker        ☐ Real Estate
- ☐ Railroad      ☐ Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

**FILING FEE** (Check one box)
- ☒ Filing fee attached
- ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
Wootton & Wootton, PC
3200 Croasdaile Dr. Ste 601
Durham, NC 27705
Telephone No. 919-382-3065    FAX No. 919-382-2042

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR(S)
CLYDE WOOTTON/ LANCE WOOTTON    State Bar # 4847/23353
☐ Debtor is not represented by an attorney. Telephone no. of debtor not represented by an attorney: ( )

### STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. §604)
(Estimates only) (Check applicable boxes)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid there will be no funds available for distribution to unsecured creditors

**ESTIMATED NUMBER OF CREDITORS**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS**
| Under 50,000 | 50,000-99,999 | 100,000-499,999 | 500,000-999,999 | 1,000,000-9,999,999 | 10,000,000-99,999,999 | 100,000,000-OVER |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED LIABILITIES**
| Under 50,000 | 50,000-99,999 | 100,000-499,999 | 500,000-999,999 | 1,000,000-9,999,999 | 10,000,000-99,999,999 | 100,000,000-OVER |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1,000-OVER |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED NO. OF EQUITY HOLDERS - CH 11 & 12 ONLY**
| 0 | 1-19 | 20-99 | 100-999 | 1,000-OVER |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

FILED JAN 16 2001 U.S. Bankruptcy Court Greensboro, NC PJP

THIS SPACE FOR COURT USE ONLY

FEES PAID IN FULL

## SIGNATURES

Date: 1/10/01

Signed: _Clyde A. Wootton_
Attorney for the Debtor

(I) (We) _Johnnie R. Williams and Grace C. Williams_, declare under penalty of perjury that the information provided in this petition and schedules attached hereto is true and correct to the best of my knowledge, information and belief and that I am aware that I may proceed under Chapters 7 or 11 of Title 11, United States Code, understand the relief available under such chapters and choose to proceed under Chapter 13.

Date: 1-10-01

Signed: _Johnnie R. Williams_
Debtor

Signed: _Grace William_
(Joint Debtor, if any)

## AFFIDAVIT OF ATTORNEY

I, the undersigned attorney for the Debtor named in the foregoing petition, declare that I have informed the Debtor that the Debtor may proceed under Chapters 7, 11, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Date: 1/10/01

Signed: _Clyde A. Wootton_
Attorney for the Debtor

NOTE: Petition with schedules are filed in duplicate (only the original needs to be signed with all copies conformed) with the U.S. Bankruptcy Court with the filing fee. A joint petition requires only one filing fee.

## THE PLAN

The Debtor's take-home pay is $ 1222.00 per month.
The Joint Debtor's take-home pay is $ 700.00 per month.

|  | Debtor | Joint Debtor |
|---|---|---|
| Employer | Duke University | Mrs. Frank K. Borden |
| Address: | PO Box 90484 | 3829 Regent Road |
|  | Durham, NC 27708 | Durham, NC |
| Length of Employment: | 11 years | 20 years |
| Business Phone Number: | 660-4285 | 489-4403 |

The Debtor's plan is to pay from future income and earnings, as much as reasonably possible, as determined by the Court, for a period not less than 36 months and not in excess of 60 months. The Debtor considers the reasonable amount to be $ 975.00 dollars per month and the reasonable plan length to be 60 months. However, the sum is subject to the determination of the Court from time to time. All funds will be disbursed to creditors, as may be approved by the Court, after first deducting costs of administration. Debtor has a principal place of employment, residence or domicile or owns property within this District.

Annexed hereto are schedules which set forth accurate descriptions and valuations of all the items of property, real and personal and a complete statement of all debts with the full names and addresses of all creditors.

## REQUEST FOR RELIEF

The Debtor is an individual with regular income who owes, as of the date of the filing of this petition, noncontingent, liquidated, unsecured debts of less than $100,000 and noncontingent liquidated secured debts of less than $350,000 and hereby requests relief in accordance with Chapter 13 of Title 11, United States Code.

Form 6A

In re WILLIAMS
Debtor(s)

Case No.
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, Or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2733 RED PINE ROAD HILLSBOROUGH, NC 27278 | OWNER | | $ 65,000.00 | $ 66,559.00 |
| | | | $ | $ |
| | | | $ | $ |
| | | TOTAL → | $ 65,000.00 | |

(Report also on Summary of Schedules)

**Form 6B**

In re  WILLIAMS
Debtor(s)

Case No.
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ☒ | | | $ |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ☒ | | | $ |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | $ |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | ☐ | HOUSEHOLD GOODS | | $ 655.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record tape, compact disc, and other collections or collectibles. | ☒ | | | $ |
| 6. Wearing apparel. | ☐ | CLOTHES | | $ 100.00 |
| 7. Furs and jewelry. | ☒ | | | $ |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☒ | | | $ |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | ☒ | | | $ |
| 10. Annuities. Itemize and name each issuer. | ☒ | | | $ |

LRA 'Lectronic Forms  (760) 439-4481  e-mail: LRA4LAW@aol.com

Page 1 of 3

| In re WILLIAMS | Case No. |
|---|---|
| Debtor(s) | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing Plans. Itemize. | ☒ | | | $ |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ☒ | | | $ |
| 13. Interests in partnerships or joint ventures. Itemize. | ☒ | | | $ |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | ☒ | | | $ |
| 15. Accounts Receivable. | ☒ | | | $ |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ☒ | | | $ |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ☒ | | | $ |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ☒ | | | $ |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ☒ | | | $ |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ☒ | | | $ |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ☒ | | | $ |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ☒ | | | $ |

Form 6B

| In re WILLIAMS | Case No. |
|---|---|
| Debtor(s) | (If known) |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 1990 JEEP CHEROKEE: $2500.00<br>1987 PLYMOTH CARAVELLE: $500.00 | | $ 3,000.00 |
| 24. Boats, motors, and accessories. | ☒ | | | $ |
| 25. Aircraft and accessories. | ☒ | | | $ |
| 26. Office equipment, furnishings, and supplies. | ☒ | | | $ |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | $ |
| 28. Inventory. | ☒ | | | $ |
| 29. Animals. | ☒ | | | $ |
| 30. Crops - growing or harvested. Give particulars. | ☒ | | | $ |
| 31. Farming equipment and implements. | ☒ | | | $ |
| 32. Farm supplies, chemicals, and feed. | ☒ | | | $ |
| 33. Other personal property of any kind not already listed. Itemize. | ☒ | | | $ |
| 34. AMOUNTS FROM CONTINUATION SHEETS | | <u>0</u> CONTINUATION SHEETS ATTACHED | | $ |

TOTAL NO. PAGES, INCLUDING ATTACHMENTS: <u>3</u>

TOTAL → $ 3,755.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

LRA 'Lectronic Forms (760) 439-4481 e-mail: LRA4LAW@aol.com

Page 3 of 3

Case 01-80125    Doc 1    Filed 01/16/01    Page 7 of 18

**Form 6D**

In re **WILLIAMS**
Debtor(s)

Case No.
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code. and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" - include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed state whether husband, wife both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent. If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 133981-1<br>OAKWOOD ACCEPTANCE CORPORATION<br>PO BOX 35807<br>GREENSBORO, NC 27425 | ☐ | | 1997<br>HOME<br>PAID IN PLAN; DEBOR IS 3 PAYMENTS BEHIND AT $795.00<br><br>VALUE $ 65,000.00 | ☐ | ☐ | ☐ | $ 66,559.00 | $ |
| ACCOUNT NO. 32939587<br>WELLS FARGO FINANCIAL<br>1821 HILLANDALE ROAD<br>DURHAM, NC 27705 | ☐ | | 1999<br>LOAN ON 1990 JEEP AND 1987 CARAVELLE<br>PAID IN PLAN<br><br>VALUE $ 3,500.00 | ☐ | ☐ | ☐ | $ 4,443.00 | $ |
| ACCOUNT NO. 136259.00<br>CITIFINANCIAL<br>3823 GUESS ROAD<br>DURHAM, CN 27705 | ☐ | | NON-PURCHASE MONEY LOAN HOUSEHOLD GOODS<br>PAID IN PLAN<br><br>VALUE $ 200.00 | ☐ | ☐ | ☐ | $ 3,429.00 | $ |
| ACCOUNT NO. | ☐ | | <br><br>VALUE $ | ☐ | ☐ | ☐ | $ | $ |

_____ continuation sheets attached.

Subtotal →
(Total of this page) $74,431

Total →
(USE ONLY ON LAST PAGE) $74,431.

(Report Also on Summary of Schedules)

LRA 'Lectronic Forms (760) 439-4481 e-mail: LRA4LAW@aol.com

Form 6E

| In re   WILLIAMS | Case No. |
|---|---|
| Debtor(s) | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the colum labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labeled "HWJC."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.**

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507 (a)(2).

☐ **Wages, salaries, and commissions** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,000* per person, earned within 90 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(3).

☐ **Contributions to employee benefit plans** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(4).

☐ **Certain farmers and fishermen** Claims of certain farmers and fishermen, up to $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(5).

☐ **Deposits by individuals** Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use that were not delivered or provided. 11 U.S.C. §507 (a)(6).

☐ **Alimony, Maintenance, or Support** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. §507 (a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507 (a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution** Claims based on commitments to the FDIC, **RTC, Director** of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507 (a)(9).

\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Form 6E

In re  WILLIAMS
Debtor(s)

Case No. _____ (If known)

(Continuation Sheet)

TYPE OF PRIORITY _____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C # 0302674<br>DURHAM COUNTY<br>PO BOX 3397<br>DURHAM, CN 27702 | ☐ | | TAXES LAND 2000<br><br>PAID IN PLAN | | $ 318.00 | $ |
| A/C # | ☐ | | | | $ | $ |
| A/C # | ☐ | | | | $ | $ |
| A/C # | ☐ | | | | $ | $ |
| A/C # | ☐ | | | | $ | $ |
| A/C # | ☐ | | | | $ | $ |

Subtotal → (Total of this page)  $

Total → (use only on *last page* of the completed Schedule E)  $ 318.00

_____ Continuation sheets attached.

• If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

Form 6F

| In re WILLIAMS | Case No. |
|---|---|
| Debtor(s) | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H.W.J.C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0565301835841<br>SEARS<br>1620 GUESS ROAD<br>NORTHGATE SHOPPING CENTER<br>DURHAM, NC 27701 | ☐ | | 1999<br>CREDIT CARD<br>☐ CLAIM IS SUBJECT TO SETOFF | ☐ | ☐ | ☐ | $ 3,549.00 |
| ACCOUNT NO. Terry M. Bass<br>JONES ELLIS AND SONS<br>419 DOWD ST.<br>DURHAM, NC 27701 | ☐ | | 1998<br>CREDIT CARD<br>☐ CLAIM IS SUBJECT TO SETOFF | ☐ | ☐ | ☐ | $ 1,700.00 |
| ACCOUNT NO. | ☐ | | ☐ CLAIM IS SUBJECT TO SETOFF | ☐ | ☐ | ☐ | $ |
| ACCOUNT NO. | ☐ | | ☐ CLAIM IS SUBJECT TO SETOFF | ☐ | ☐ | ☐ | $ |
| | | | Subtotal →<br>(Total of this page) | | | | $ |
| ___ Continuation sheets attached | | | Total →<br>(Use only on last page of the completed Schedule F) | | | | $ 5,249.00 |

(Report total also on Summary of Schedules)

Form 6G

In re WILLIAMS
Debtor(s)

Case No. _____ (If known)

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include an timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | ☐ LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.<br>☐ GOVERNMENT CONTRACT<br>CONTRACT NUMBER: |
| | ☐ LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.<br>☐ GOVERNMENT CONTRACT<br>CONTRACT NUMBER: |
| | ☐ LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.<br>☐ GOVERNMENT CONTRACT<br>CONTRACT NUMBER: |

LRA 'Lectronic Forms (760) 439-4481 E-mail: LRA4LAW@aol.com

Case 01-80125    Doc 1    Filed 01/16/01    Page 12 of 18

Form 6H

| In re WILLIAMS | Case No. |
|---|---|
| Debtor(s) | (If known) |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the non-debtor spouse during the six years immediately preceding the commencement of this case.

☒ **Check this box if debtor has no co-debtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |

LRA 'Lectronic Forms (760) 439-4481  E-Mail: LRA4LAW@aol.com

In re **WILLIAMS** _____ Case No. _____
Debtor(s) (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a named debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **MARRIED** | | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|---|
| NAMES | | AGE | RELATIONSHIP |
| | | | |
| | | | |
| | | | |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | SUPERVISOR SR. GROUNDS AND SANITATION | MAID |
| Name of Employer | DUKE UNIVERSITY | MR. FRANK BRODEN |
| How long employed | 11 years | 20 years |
| Address of Employer | PO BOX 90152<br>DURHAM, NC | 3829 REGENT ROAD<br>DURHAM, NC |

| INCOME: (Estimate of average monthly income | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $1,956.00 | $ 900.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| **SUBTOTAL** | **$1,956.00** | **$ 900.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 270.00 | $ 200.00 |
| b. Insurance | $ 214.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | - ($ 484.00) | - ($ 200.00) |
| **TOTAL NET MONTHLY TAKE HOME PAY** | **$1,472.00** | **$ 700.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| **TOTAL MONTHLY INCOME** → | **$1,472.00** | **$ 700.00** |

**TOTAL COMBINED MONTHLY INCOME :** $2,172.00       (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

☐ CHECK BOX if additional sheets are attached and enter number of pages → 0 SHEETS ATTACHED.
TOTAL NUMBER OF PAGES, INCLUDING ATTACHMENTS: 1

**SCHEDULE "I"**

In re **WILLIAMS**_____    Case No. _____

_____                              (If known)
Debtor(s)

# SCHEDULE J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) Are real estate taxes included? YES ☐ NO ☐ Is property tax included? YES ☐ NO ☐ | $ 0.00 |
| Utilities    Electricity and heating fuel | $ 190.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 100.00 |
| Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 100.00 |
| Food | $ 400.00 |
| Clothing | $ 100.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payment) | $ 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 75.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| Installment payments: (in Chapter 12 and 13 cases, do not list payments to be included in the plan) Auto ☐ | $ 0.00 |
| Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES (This Page Only) → | **$1,185.00** |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules if both parties) | **$1,185.00** |

# [FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income            **$2,172.00**
B. Total projected monthly expenses          **$1,185.00**
C. Excess income (A minus B)                 **$ 987.00**
D. Total amount to be paid into plan each    month_____
                                             (interval)            **$ 975.00**

**SCHEDULE "J"**

Case 01-80125    Doc 1    Filed 01/16/01    Page 15 of 18

## PAYMENTS TO CREDITORS

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days (insiders 1 year) immediately preceding the commencement of this case. (Married debtors must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## FORECLOSURES, EXECUTIONS AND ATTACHMENTS

Is any of your or your spouse's property, including real estate, involved in Foreclosure proceedings in or out of court? If so, identify the property and the person foreclosing.

Has any of you or your spouses property or income been attached, garnished or seized under any legal or equitable process on or within 90 days before the date of the filing of the original petition herein? (If so, describe the property seized, or person garnished and at whose suit.)

No

## TRANSFERS, REPOSSESSIONS AND RETURNS

Has any of you or your spouses property been transferred, returned, repossessed, or seized by the seller or by any other party, including a landlord on or within 90 days before the date of the filing of the original petition herein? (If so. give particulars including the name and address of the party getting the property and its description and value.)

No

## COMPENSATION PAID OR PROMISED TO ATTORNEY FOR DEBTOR

If you have paid or agreed to pay (or transferred or agreed to transfer any property) to your attorney for services in connection with your case other than agreeing to pay such compensation as may be allowed by the Court to be paid from monies paid to the Trustee or for your account, then state:

None

## PENDING OR PRIOR BANKRUPTCY

What proceedings under the Bankruptcy Code are now pending or have been previously brought by or against you or your spouse? State the location of the Bankruptcy Court, the nature and number of each proceeding, the date it was filed, and whether a discharge was granted or refused, the proceeding was dismissed, or a composition, arrangement, or plan was confirmed.

None

## PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the Debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

None

# CHAPTER 13 PLAN PAYMENT ELECTION FORM
# MIDDLE DISTRICT

DATE:

TO: Chapter 13 Trustee
PO Box 3613.
Durham, NC 27702

FROM: Wootton & Wootton, PC

DEBTORS: Johnnie Williams and Grace Williams    CASE NO: _____

REQUEST: Please take whatever steps are necessary to put the payroll deduction into effect as soon as possible.

PROPOSED PLAN PAYMENT:    $975.00 for-60 months

ELECTION:  ☒Male   ☐Female   ☐ Both Debtors    agree to a payroll deduction. Please deduct 171.00 dollars per month from the male's wages beginning as soon as possible.

PAYROLL INFO:
Debtor Name:    Johnnie R. Williams
Debtor Social Security #:    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
Employer:
    Name:    Duke Un. Center
    Address:    PO Box 90484, Duke Station
            Durham, NC 27708-0489
    Telephone:    684-7689
Take Home Pay:    $1472.00.00 per month.
Paid how often:    ☐monthly   ☐ bi - monthly   ☐ weekly

Attorney for Debtors, Phone: 382-3065

_____

_____
Debtor